✓ RETAIN

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**

Evidentiary Hrg: Y (N)
Exhibits Filed: Y (N)

PROCEEDING MEMO - ADVERSARY PROCEEDING

*Pretrial Conference*

Date: 05/30/2018 Time: 10:00

CASE: 18-00039 Nationwide Registry & Security Ltd. v. Ahmadpour

Related: 18-11248 Nahid Ahmadpour

~~Fitzgerald Lewis~~ *Robert Vaughn* representing Nationwide Registry & Security Ltd. (Plaintiff)
~~Jon Dennis Pels~~ *Alvaro Llosa* representing Nahid Ahmadpour (Defendant)

[7] Answer to Complaint Filed by Nahid Ahmadpour.

**FILED BY** : Nahid Ahmadpour BY J Pels

[1] Adversary case 18-00039. (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud, 424 Obj/Revocation Discharge 727)) Complaint by Fitzgerald Lewis on behalf of Nationwide Registry & Security Ltd. against Nahid Ahmadpour. Fee Amount $350. (Lewis, Fitzgerald) Modified on 2/15/2018 (Devine, Ellen).

*amend complt w/in 10 days*
*Ans. w/in 14 days*

**FILED BY** : Nationwide Registry & Security Ltd. BY F Lewis

SCHEDULE:

1. Discovery cutoff: *60 days after 24 days for ans*
2. Dispositive motions: _____
3. Status report due: _____
4. Motions hrg. date: _____
5. Final pretrial hrg: *2/05/19 @ 10 Am*
6. Pretrial memos/exhibits: _____
7. Trial times est: __ days __ hrs
8. Trial date: *2/19/19* time: *10 Am*
9. Expert witness & Rpts: _____
10. Reissue Summons: _____

DISPOSITION:

Granted___ Denied___ Withdrawn___ Default___ Consent___ Under Adv.___

Adjourned / Continued to:_____ at ___ m. Notice: YES / NO

FINAL DISPOSITION:

_____ Judgment for Plaintiff(s) _____
_____ Judgment for Defendant(s) _____
_____ Consent                    _____ Withdrawn/ Dismissed/ Deny
Amount: $ _____                for want of Prosecution

_____ Day Settlement Order

_____Decision Reserved               _____ Moot

_____Default / No Response         _____ Soldiers and Sailors Affidavit Due

_____Show Cause Order               _____ Other:_____

Adjourned / Continued to:_____ at _____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____ Defendant:_____


DECISION:

SC HP

[ ] Signed by Court            [ ] Filed by Counsel
[✓] To be prepared by:
    [ ] plaintiff's counsel    [✓] Court
    [ ] defendant's counsel    [ ] Other _____

NOTES: