UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **NAHID AHMADPOUR** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| | ) | **Case No. 18-11248** |
| | ) | |
| **NATIONWIDE REGISTRY** | ) | |
| | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Adversary No. 18-00039** |
| | ) | |
| **NAHID AHMADPOUR** | ) | |
| | ) | |
|     **Defendant** | ) | |

## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, Nationwide Registry and Security, Ltd., and pursuant to Bankruptcy Rule 7056 moves this Court for Summary Judgment, and in support thereof, incorporates its Memorandum of Points and Authorities filed simultaneously herewith.

                                                  **Nationwide Registry & Security Ltd.**
                                                  *By Counsel*

**O'CONNOR & VAUGHN LLC**
Robert L. Vaughn, Jr., VSB # 20633
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile
Email: rvaughn@oconnorandvaughn.com

By    /s/ Robert L. Vaughn, Jr.
Robert L. Vaughn, Jr.
*Counsel for NRS*

**LAW OFFICES OF LEWIS AND ASSOCIATES, PC**
6066 Leesburg Pike, Fourth Floor
Falls Church, VA 22041
(703) 912-3100

By   /s/ Robert L. Vaughn, Jr.
     Robert L. Vaughn, Jr.
     *Counsel for* NRS

## Certificate of Service

I hereby certify that on the 13th day of July, 2018, a copy of the foregoing Motion for Summary Judgment was served via the Court's CM/ECF system to:

    John D. Pels, Esq.
    4845 Rugby Avenue,     Third Floor
    Bethesda, Maryland 20814
    *Counsel for Debtor*

    Kevin D. Judd, Esq.
    601 Pennsylvania Ave., N.W.
    Suite 900-South Bldg.
    Washington, DC 20004
    *Counsel for Debtor*

    Laura J. Margulies, Trustee
    6205 Executive Blvd.
    Rockville, MD 20852

    /s/ Robert L. Vaughn, Jr.
    Fitzgerald Lewis, Md. Bar No. 16912
    Robert L. Vaughn, Jr., Va Bar No. 10633
    11490 Commerce Park Drive, Suite 510
    Reston, Virginia 20191
    (703) 689-2100 Telephone
    (703) 471-6496 Facsimile
    Email: rvaughn@oconnorandvaughn.com