

Wendelin I. Lipp
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt)

| | |
|---|---|
| In re:<br><br>NAHID AHMADPOUR,<br><br>    Debtor | Case No.:   18-11248<br><br>Chapter 7 |
| NATIONWIDE REGISTRY & SECURITY LTD<br><br>    Plaintiff,<br><br>v.<br><br>NAHID AHMADPOUR,<br><br>    Defendant. | Adversary No.:   18-00039 |

### ORDER GRANTING DEBTOR/DEFENDANT'S
### MOTION TO COMPEL FOR FAILURE OF DISCOVERY

Upon consideration of Debtor/Defendant's Motion to Compel For Failure of Discovery, and any opposition thereto, it is hereby:

ORDERED, that Debtor/Defendant's Motion to Compel For Failure of Discovery be and hereby is GRANTED; and it is further

1

ORDERED, that Creditor Nationwide Registry and Security LTD must produce a deponent and documents as requested in Debtor/Defendant's outlined request; and it is further,

ORDERED, that if within ten (10) days of the date of entry of this Order, Creditor Nationwide Registry and Security LTD fails to comply with the Defendant's request to schedule a deposition of a corporate designee for the Plaintiff and to produce documents, then the Defendant will be entitled to an award of attorney's fees and Defendant's attorney shall provide time records to substantiate a request for attorney's fees incurred in connection with the prepation of the Motion to Compel.  Plaintiff shall have ten (10) days thereafter to object to the amount of attorney's fees sought and shall pay the attorney's fees within ten (10) days of any award by this Court.

Cc:

Fitzgerald Lewis
Law Office of Lewis and Associates
6066 Leesburg Pike
Fourth Floor
Falls Church, VA 22041
flewis@lewisatlaw.com
*Counsel for Plaintiff*

Jon D. Pels, Esq.
The Pels Law Firm LLC
4845 Rugby Ave, 3rd FL
Bethesda, MD 20814
jpels@pelslaw.com
*Counsel for Defendant/Debtor*

**End of Order**