# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | **Chapter 7** |
| ) | **Case No. 18-11248** |
| ) | |
| **NATIONWIDE REGISTRY** ) | |
| ) | |
|    **Plaintiff** ) | |
| ) | |
| **v.** ) | **Adversary No. 18-00039** |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | |
|    **Defendant** ) | |

## PLAINTIFF'S RESPONSES TO DOCUMENT REQUESTS

COMES NOW the Plaintiff, Nationwide Registry and Security Ltd., by counsel, and as and for its Responses to the Requests for Production previously propounded upon it, states as follows:

REQUEST NO. 1. A complete accounting of the alleged amount owed to you including payment(s) history.

**Response: Attached.**

REQUEST NO. 2. All documents related to the owner of this alleged debt including whether the debt was sold, purchased, assigned and all details related to it as well as the current holder of the debt.

**Response: Attached is the Order of the Fairfax Circuit Court entered January 17, 2008 adjudicating NRS as the holder of the subject debt.**

REQUEST NO. 3. All documents, including but not limited to ESI text messages, direct messages, and/or emails, sent to, from, or between you and anyone, where such documents are communications with, mention, or relate to the owner of this alleged debt including whether the debt was sold, purchased, assigned and all details related to it as well as the current holder of the debt.

**Response: None; this is not an issue nor has it ever been an issue.**

REQUEST NO. 4. All documents related to whether Vaughn has a contingent or vested interest in the outcome of this matter.

**Response: None.  To avoid further argument regarding the matter, including the assertions that counsel for NRS has some improper interest in this litigation, and while not covered by the request, without waiving any attorney/client privilege, Mr. Vaughn's original and modified contingency fee agreement with NRS is attached**.

REQUEST NO. 5. All documents, including but not limited to ESI text messages, direct messages, and/or emails, which are relate to or support your claim that this debt was not paid in full at the completion of the Beitdashtoo bankruptcy under Chapter 13 in the United States Bankruptcy Court for the District of Columbia, Case No. 12-00722.

**Response: This request is asking NRS to prove a negative; the judgment has not been fully paid and thus there are no documents evidencing payment of the judgment; in addition to the payment history included within the first response, the best NRS can do is refer counsel to documents which are undoubtedly already in his client's possession, including but not limited to the following: Settlement Agreement July 27, 2011, Fairfax Circuit Court Order 9/16/2011, Notice of Default to Beitdashtoo/Ahmadpour and their then counsel, letter 8/10/2011 to Beitdashtoo/Ahmadpour's former counsel, letter 8/26/2011 with Notice of Trustee's Sale including fax and email confirmations to Beitdashtoo and Ahmadpour's former counsel, letter 8/30/2011 to junior lienholders, letter 9/14/2011 to Beitdashtoo/Ahmadpour's former counsel, appraisal prepared 10/26/2011 by William Roth for NRS, appraisal prepared 10/27/2011 for Beitdashtoo/Ahmadpour (both were exhibits in the Case No. 11-17929 and thus the full appraisals are equally accessible to counsel for Defendant), Motion to Reinstate filed in Fairfax Circuit Court, Order Reinstating Matter on Trial Docket entered 9/28/2012, Bankruptcy cases No. 11-17929,  No. 11-16702, No. 2012-15026, No. 12-00722 (DC) and No. 12-00232(DC), Motion to Reinstate in Fairfax Circuit Court filed August 2017, Beitdashtoo's Response to Motion to Reinstate; Beitdashtoo's Motion to Reopen Case No. 11-16702, NRS Opposition to Motion to Reopen, Order of Bankruptcy Court entered 1/25/2018, Beitdashtoo Notice of Appeal, Beitdashtoo Brief, Order 6/14/18 dismissing appeal.**

**All of the documents from the referenced six (6) bankruptcy cases as well as the documents related to the proceedings in the U.S. District Court are online and equally accessible to the Defendant–and are believed to already be in her possession.**

REQUEST NO. 6. All documents, including but not limited to ESI text messages, direct messages, and/or emails, sent to, from, or between you and anyone, where such documents are communications with, mention, or relate to the Debtor and/or Youri Beitdashtoo.

**Response: Except as may be between counsel or may be a filing in a court, there are no such documents.**

REQUEST NO. 7. All documents, including but not limited to ESI text messages, direct messages, and/or emails, sent to, from, or between you and anyone, where such documents are communications with, mention, or relate to the April, 2018 Order of sanctions against Vaughn.

**Response: Except as may be between counsel or may be a filing in a court, there are no such documents. Any communications between NRS and its counsel are attorney client privileged**.

REQUEST NO. 8. A complete and full accounting of the alleged Debt in this matter.

**Response: This is a repeat of No. 1.**

                                              **Nationwide Registry & Security Ltd.**
                                              *By Counsel*

By  /s/ Robert L. Vaughn, Jr.
Fitzgerald Lewis, Md. Bar No. 16912
Robert L. Vaughn, Jr., Va Bar No. 10633
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile
Email: rvaughn@oconnorandvaughn.com
*Counsel for NRS*

### Certificate of Service

I hereby certify that on the 25th day of July, 2018, a copy of the foregoing Responses to Document Requests along with the documents produced were provided via fax to the following:

        John D. Pels, Esq.
        4845 Rugby Avenue, Third Floor
        Bethesda, Maryland 20814
        Fax 301-986-5571
        *Counsel for Debtor*

A copy of the written response was provided via the Court's CM/ECF system to:

        Kevin D. Judd, Esq.
        601 Pennsylvania Ave., N.W.
        Suite 900-South Bldg.
        Washington, DC 20004
        *Counsel for Debtor*

Laura J. Margulies, Trustee
6205 Executive Blvd.
Rockville, MD 20852

/s/ Robert L. Vaughn, Jr.
Fitzgerald Lewis, Md. Bar No. 16912
Robert L. Vaughn, Jr., Va Bar No. 10633
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile
Email: rvaughn@oconnorandvaughn.com