## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:**                                )  | |
|                                                  )  | |
| **NAHID AHMADPOUR**           )  | |
|                                                  )  | |
|                                                  )  **Chapter 7** |
|                                                  )  **Case No. 18-11248** |
| ─────────────────────── )  | |
|                                                  )  | |
| **NATIONWIDE REGISTRY**   )  | |
|                                                  )  | |
|       **Plaintiff**                         )  | |
|                                                  )  | |
| v.                                              )  **Adversary No. 18-00039** |
|                                                  )  | |
| **NAHID AHMADPOUR**           )  | |
|                                                  )  | |
|       **Defendant**                     )  | |

LINE

Nationwide Registry & Security Ltd. ("NRS"), by counsel, advises the Court that it has fully complied with Debtor/Defendant's discovery requests and has repeatedly offered to make a corporate representative available in accordance with Bankr. R. 7030 and 7045 at the deponent's regular place of business, all of which offers Debtor/Defendant have refused.

**Nationwide Registry & Security Ltd.**
*By Counsel*

By  /s/ Robert L. Vaughn, Jr.
Fitzgerald Lewis, Md. Bar No. 16912
Robert L. Vaughn, Jr., Va Bar No. 10633
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile
Email: rvaughn@oconnorandvaughn.com
*Counsel for NRS*

**Certificate of Service**

I hereby certify that on the 27th day of July, 2018, a copy of the foregoing Line was served via the Court's CM/ECF system to:

>John D. Pels, Esq.
>4845 Rugby Avenue, Third Floor
>Bethesda, Maryland 20814
>*Counsel for Debtor*
>
>Kevin D. Judd, Esq.
>601 Pennsylvania Ave., N.W.
>Suite 900-South Bldg.
>Washington, DC 20004
>*Counsel for Debtor*
>
>Laura J. Margulies, Trustee
>6205 Executive Blvd.
>Rockville, MD 20852

>/s/ Robert L. Vaughn, Jr.
>Fitzgerald Lewis, Md. Bar No. 16912
>Robert L. Vaughn, Jr., Va Bar No. 10633
>11490 Commerce Park Drive, Suite 510
>Reston, Virginia 20191
>(703) 689-2100 Telephone
>(703) 471-6496 Facsimile
>Email: rvaughn@oconnorandvaughn.com