UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | |
| ) | **Chapter 7** |
| ) | **Case No. 18-11248** |
| ) | |
| **NATIONWIDE REGISTRY** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Adversary No. 18-00039** |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | |
| **Defendant** ) | |

## PLAINTIFF'S MOTION TO COMPEL

COMES NOW the Plaintiff, Nationwide Registry and Security Ltd., by counsel, and pursuant to Bankruptcy Rule 4037, moves this Court to compel the Defendant, Nahid Ahmadpour, to respond fully and completely to the Interrogatories and Requests for Production previously propounded herein, and in support thereof, states as follows:

1. On July 25, 2018, Debtor, through counsel, was served with Interrogatories and Requests for Production. The discovery was specifically tailored to address the meritless defenses Debtor was raising in her dilatory response to the pending Complaint objecting to discharge.

2. Pursuant to Bankruptcy Rules 7033 and 7034, incorporating Fed. R. Civ. P. 33(b)(2) and 34(b)(2)(A), Debtor's responses were within 30 days of service.

3. When Plaintiff received no response of any kind to the discovery, on August 28th, NRS sent an email to Debtor inquiring about the status of those responses. Debtor's initial response later that day was as follows:

"I will take a look at the fax tomorrow. If received we will respond in the normal timeframe. Please confirm when you fax - we have a digital fax so my office will need to check. Tx"

4. While there was never a question about service, as a courtesy, on August 29th, Debtor's counsel was emailed copies of the fax confirmation pages as well as the e-mail verifying that the discovery was sent to Debtor's counsel and received.

5. Instead of responding to the discovery, Debtor filed yet another dilatory and baseless pleading, a Line purportedly seeking a ruling on a request to which Debtor knew that Plaintiff had already fully responded to.

6. As a result of Debtor's failure and refusal to respond to Plaintiff's discovery request, Plaintiff has been unnecessarily caused to incur attorney's fees in seeking to obtain the same.

7. As set forth above, Plaintiff has complied with Local Rule 7026-1(f).

WHEREFORE, Nationwide Registry & Security Ltd., prays that this Court require the Defendant, Nahid Ahmadpour, to file full and complete responses to the Interrogatories and Requests for Production previously propounded herein, waiving all objections thereto; for an award of its attorney's fees and costs incurred herein; and for such other and further relief as to this Court seems just and proper.

**Nationwide Registry & Security Ltd.**
*By Counsel*

By  /s/ Robert L. Vaughn, Jr.
Robert L. Vaughn, Jr., Va Bar No. 10633
Fitzgerald Lewis, Md. Bar No. 16912
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile
Email: rvaughn@oconnorandvaughn.com
*Counsel for NRS*

## Certificate of Service

    I hereby certify that on the 31st day of August, 2018, I caused a true and correct copy of the foregoing document to be served via the court's ECF system to all registered participants.

                                                /s/ Robert L. Vaughn, Jr.
                                                Robert L. Vaughn, Jr.