UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **NAHID AHMADPOUR** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| | ) | **Case No. 18-11248** |
| | ) | |
| **NATIONWIDE REGISTRY** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Adversary No. 18-00039** |
| | ) | |
| **NAHID AHMADPOUR** | ) | |
| | ) | |
| Defendant | ) | |

## WITNESS/EXHIBIT LIST

Nationwide Registry & Security Ltd. ("NRS"), by counsel, in accordance with the Scheduling Order entered by this Court on June 25, 2018, submits the following list of Witness and Exhibits.

**Witnesses:**

1. Alan Ehrlich

2. Adam Kronfeld

3. Nahid Ahmadpour

4. Any witness identified by Defendant to which no objection is lodged, or to which any previously lodged objection is overruled and/or withdrawn

**Exhibits:**

A. Guilty Plea Agreement, inclusive of Amended Information

B. Default Judgment Order entered 1/17/08 by Fairfax Circuit Court

C. Memorandum Opinion and Order of VAEB entered 1/08/10

    D.  Transcript Excerpt 08/12/09

    E.  Order entered 10/18/10 by Fairfax Circuit Court

    F.  Order of VAEB entered 7/12/12

    G.  Order of VAEB entered 3/19/12

    H.  History of payments

    I.  Proof of Claim including computation of amount owed

    J. Any exhibits identified by Defendant to which no objection is lodged, or to which any previously lodged objection is overruled and/or withdrawn

          **Nationwide Registry & Security Ltd.**
          *By Counsel*

By   /s/ Fitzgerald Lewis
Fitzgerald Lewis, Md. Bar No. 16912
Robert L. Vaughn, Jr., Va Bar No. 10633
The Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike
Fourth Floor
Falls Church, VA 22041
T - (703) 912-3100
F - (703) 425-6300
flewis@lewisatlaw.com
*Counsel for NRS*

## Certificate of Service

    I hereby certify that on the 9th day of January 2019, a copy of the foregoing List of Exhibits along with the Exhibits themselves was served via the Court's CM/ECF system to:

        John D. Pels, Esq.
        4845 Rugby Avenue, Third Floor
        Bethesda, Maryland 20814
        *Counsel for Debtor*

        Kevin D. Judd, Esq.
        601 Pennsylvania Ave., N.W.
        Suite 900-South Bldg.
        Washington, DC 20004
        *Counsel for Debtor*

Laura J. Margulies, Trustee
6205 Executive Blvd.
Rockville, MD 20852

/s/ Fitzgerald Lewis
Fitzgerald Lewis, Md. Bar No. 16912
Robert L. Vaughn, Jr., Va Bar No. 10633
The Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike
Fourth Floor
Falls Church, VA 22041
T - (703) 912-3100
F - (703) 425-6300
flewis@lewisatlaw.com