# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | |
| ) | **Chapter 7** |
| ) | **Case No. 18-11248** |
| ) | |
| **NATIONWIDE REGISTRY** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | **Adversary No. 18-00039** |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | |
|     **Defendant** ) | |

## LINE

Nationwide Registry & Security Ltd. ("NRS"), by counsel, respectfully requests that this Court consider and rule upon its Motion for Summary Judgment [ECF 16], as amplified by its Memorandum in Support [ECF 17] and its Supplemental Memorandum in Support [ECF 58].

      **Nationwide Registry & Security Ltd.**
      *By Counsel*

By  /s/ Fitzgerald Lewis
Fitzgerald Lewis, Md. Bar No. 16912
Robert L. Vaughn, Jr., Va Bar No. 10633
The Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike
Fourth Floor
Falls Church, VA 22041
T - (703) 912-3100
F - (703) 425-6300
flewis@lewisatlaw.com
*Counsel for NRS*

**Certificate of Service**

I hereby certify that on the 17th day of January, 2019, a copy of the foregoing Line was served via the Court's CM/ECF system to:

>John D. Pels, Esq.
>4845 Rugby Avenue, Third Floor
>Bethesda, Maryland 20814
>*Counsel for Debtor*
>
>Kevin D. Judd, Esq.
>601 Pennsylvania Ave., N.W.
>Suite 900-South Bldg.
>Washington, DC 20004
>*Counsel for Debtor*
>
>Laura J. Margulies, Trustee
>6205 Executive Blvd.
>Rockville, MD 20852

>/s/ Fitzgerald Lewis
>Fitzgerald Lewis, Md. Bar No. 16912
>Robert L. Vaughn, Jr., Va Bar No. 10633
>The Law Offices of Lewis & Associates, P.C.
>6066 Leesburg Pike
>Fourth Floor
>Falls Church, VA 22041
>T - (703) 912-3100
>F - (703) 425-6300
>flewis@lewisatlaw.com