# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt)

| | |
|---|---|
| In re:<br><br>NAHID AHMADPOUR,<br><br>    Debtor | Case No.:  18-11248<br><br>Chapter 7 |
| NATIONWIDE REGISTRY & SECURITY LTD<br><br>    Plaintiff,<br><br>v.<br><br>NAHID AHMADPOUR,<br><br>    Defendant. | Adversary No.:  18-00039 |

## **DEFENDANT'S OBJECTIONS TO PLAINTIFFS EXHIBITS**

Defendant Nahid Ahmadpour, by and through undersigned counsel, hereby files these Objections to the Plaintiff's Exhibits and as for the basis therewith states more specifically as set forth below.

## **PRELIMINARY OBJECTION TO ALL EXHIBITS**

Plaintiff failed to timely file a bound exhibit list in compliance with this courts scheduling order, ECF No. 11, and Rule 7016-1(c) "Pretrial Procedures" and as such each exhibit should be excluded.

## **SPECIFIC OBJECTIONS TO EACH EXHIBIT**

'Exhibit A" purports to be a "guilty plea agreement inclusive of amended information" and is hereby objected to on lack of foundation, authenticity, hearsay and the fact that the document is illegible.

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 2014

***
8500 Leesburg Pike
Suite 400
Vienna, VA 22010

***
(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

Exhibit B "default judgment order entered one 1/17/08 by Fairfax Circuit Court" is objected to on lack of foundation, authenticity, hearsay.

Exhibit C, D, E, F and G are likewise inadmissible and lack foundation, authenticity and constitute hearsay.

Exhibit H "History of Payments" is an unsigned document which lacks foundation, authenticity and is inadmissible hearsay.

Exhibit I "proof of claim" is objected to based on relevance. Debtor's counsel has filed an objection to this claim as a placeholder pending resolution of the adversary proceeding.

Exhibit J identifies no specific exhibit and as such any additional exhibits must be excluded.

**WHEREFORE**, Debtor Ahmadpour respectfully requests that:

A. Creditor Nationwide Registry and Security LTD exhibits be excluded and their claims be dismissed against this Debtor; and

B. This Court grant such other and further relief this Court deems just and proper be granted

    Respectfully submitted,

    **THE PELS LAW FIRM**

Dated: January 23, 2019

*/s/ Jon D. Pels*
Jon D. Pels, Esq., MD Bar #11883
jpels@pelslaw.com

*/s/ Alvaro A. Llosa*
Alvaro A. Llosa, Esq., MD Bar #19334
allosa@pelslaw.com
4845 Rugby Avenue,
Third Floor
Bethesda, MD 20814
(301) 986-5570 (T)
(301) 986-5571 (F)
*Counsel for Debtor*

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 2014

\*\*\*
8500 Leesburg Pike
Suite 400
Vienna, VA 22010

\*\*\*
(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on <u>January 23, 2019</u>, I reviewed the Court's CM/ECF system and it reports that an electronic copy of Defendant's Objections to Plaintiff's Exhibits was served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| Fitzgerald Lewis | Robert Lee Vaughn, Jr. |
| Law Office of Lewis and Associates | O'Connor & Vaughn LLC |
| 6066 Leesburg Pike | 11490 Commerce Park Drive |
| Fourth Floor | Suite 510 |
| Falls Church, VA 22041 | Reston, VA 20191 |
| flewis@lewisatlaw.com | rvaughn@oconnorandvaughn.com |

                                           */s/ Jon D. Pels*
                                           Jon D. Pels, Esq., MD Bar #11883

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 2014

\*\*\*

8500 Leesburg Pike
Suite 400
Vienna, VA 22010

\*\*\*

(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com