## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | **Chapter 7** |
| ) | **Case No. 18-11248** |
| ) | |
| **NATIONWIDE REGISTRY** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | **Adversary No. 18-00039** |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | |
| **Defendant** ) | |

## LINE

Nationwide Registry & Security Ltd. ("NRS"), by counsel, respectfully requests that this Court consider and rule upon its Motion for Summary Judgment [ECF 16], as amplified by its Memorandum in Support [ECF 17] and its Supplemental Memorandum in Support [ECF 58]. NRS further states that the Pretrial Statement filed by Defendant makes it clear that there are no facts in dispute, much less any material facts in dispute, as more fully set forth in the Response to the so-called "Emergency" Motion to Compel filed by Ahmadpour.

**Nationwide Registry & Security Ltd.**
*By Counsel*

By   /s/ Robert L. Vaughn, Jr., *pro hac vice*
Fitzgerald Lewis, Md. Bar No. 16912
Robert L. Vaughn, Jr., Va Bar No. 10633
The Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike
Fourth Floor
Falls Church, VA 22041
T - (703) 912-3100
F - (703) 425-6300
flewis@lewisatlaw.com
*Counsel for NRS*

## Certificate of Service

I hereby certify that on the 25th day of January, 2019, a copy of the foregoing Line was served via the Court's CM/ECF system to:

John D. Pels, Esq.
4845 Rugby Avenue, Third Floor
Bethesda, Maryland 20814
*Counsel for Debtor*

Kevin D. Judd, Esq.
601 Pennsylvania Ave., N.W.
Suite 900-South Bldg.
Washington, DC 20004
*Counsel for Debtor*

Laura J. Margulies, Trustee
6205 Executive Blvd.
Rockville, MD 20852

/s/ Robert L. Vaughn, Jr., *pro hac vice*
Fitzgerald Lewis, Md. Bar No. 16912
Robert L. Vaughn, Jr., Va Bar No. 10633
The Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike
Fourth Floor
Falls Church, VA 22041
T - (703) 912-3100
F - (703) 425-6300
flewis@lewisatlaw.com