

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **NAHID AHMADPOUR** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| | ) | **Case No. 18-11248** |
| | ) | |
| | ) | |
| **NATIONWIDE REG. & SEC. LTD** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **Adversary No. 18-00039** |
| | ) | |
| **NAHID AHMADPOUR** | ) | |
| | ) | |
| Defendant | ) | |

**ORDER ON MOTION TO COMPEL DEPOSITION**

THIS MATTER came on to be heard on November 13, 2018 upon Defendant, Nahid Ahmadpour's Motion to Compel a representative of Nationwide Security & Registry LTD ("NRS") to travel to Maryland for the purposes of giving a deposition; and

IT APPEARING TO THE COURT, that the Motion should be denied and that the deposition should be conducted in the New York, New York, the principal place where NRS conducts business; it is, therefore,

ORDERED that the Motion to Compel a representative of NRS to come to Maryland for purposes of giving a deposition should be denied; and it is further,

ORDERED that the deposition of the representative of NRS shall be conducted in New York, New York.

Copies to:

Kevin D. Judd, via CM/ECF
Michael G. Wolff, via CM/ECF
Fitzgerald Lewis, via CM/ECF
Jon D. Pels, via CM/ECF
Alvaro A. Llosa via CM/ECF
Laura J. Margulies, Trustee via CM/ECF
Synchrony Bank c/o PRA Receivables Management via CM/ECF

**End of Order**