**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)**

| | |
|---|---|
| In re:<br><br>NAHID AHMADPOUR,<br><br>        Debtor | Case No.:   18-11248<br><br>Chapter 7 |
| NATIONWIDE REGISTRY & SECURITY LTD<br><br>        Plaintiff,<br><br>    v.<br><br>NAHID AHMADPOUR,<br><br>        Defendant. | Adversary No.:   18-00039 |

## **NAHID AHMADPOUR 'S MOTION TO EXCLUDE AND FOR DEFAULT**

Defendant/Debtor Nahid Ahmadpour, by and through undersigned counsel, hereby files this Motion to Compel for Failure of Discovery and states as follows:

1.    On June 1, 2018, a notice of deposition for a corporate designee *duces tecum* of Nationwide Registry and Security LTD in draft form was sent to counsel for creditor, Robert Vaughn.

2.    On February 19, 2019 the deposition of NRS was finally conducted.

3.    At this deposition it was learned that NRS had a file related to the amount allegedly owed by Nahid Ahmadpour. *See* Transcript of Deposition of Allyn Ehrlich as corporate designee of NRS, attached hereto as **Ex. A, at p.29**.

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 20814

***
8500 Leesburg Pike
Suite 400
Vienna, VA 22010

***
(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

4. Specifically it was learned that NRS had a file related to the accountings that confirms the amounts owed. See **Ex. A at p.86**.[1]

5. Again, a copy of the file was demanded so that Debtor could review the "accountings" of NRS. *Id*. This was a simple request from a file that should have been turned over last summer.

6. On March 11, 2019, another request was made via email which stated:

"Mr Vaughn - as you know you were client was to provide me with a complete copy of his file to date I have not received it and it is clearly discoverable. The deposition occurred on February 19, 2019 at 10 AM. You have had more than ample time to provide it to me. Please have it to my office via PDF email or fax no later than 2 PM tomorrow as my brief is due on March 14 thank you. " and "Ms Kaye - if you could remind Mr Vaughn of his clients duty to provide a complete copy of the file which I requested the deposition but still have not received. I just emailed him requesting it by tomorrow afternoon because my brief is due March 14. I received an email back from him stating he was not available and to contact you so I am doing so thank you."

**CERTIFICATE PER LOCAL RULE 104.7**

**Counsel for Debtor hereby certifies that repeated attempts at a simple request from a file that should have been turned over last summer. Robert Vaughn has made no attempt to demonstrate that he will cooperate and it is prejudicing Debtor.**

**Conference of Counsel Required.** Counsel shall confer with one another concerning a discovery dispute and make sincere attempts to resolve the differences between them. The Court will not consider any discovery motion unless the moving party has filed a certificate reciting (a) the date, time and place of the discovery conference, and the names of all persons participating

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 20814

***
8500 Leesburg Pike
Suite 400
Vienna, VA 22010

***
(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

---

[1] The entirety of NRS' claims in this case rely on conclusory statements provided by NRS' attorney which is wholly inappropriate.

- 2 -

therein, or (b) counsel's attempts to hold such a conference without success; and (c) an itemization of the issues requiring resolution by the Court.

**WHEREFORE**, Debtor Ahmadpour respectfully requests that:

A. Creditor Nationwide Registry and Security LTD be held in contempt and that a default judgment be entered against it and in favor of Debtor for all claims;

B. That fees be awarded to Debtor for the waste of time and effort for both the court and Debtor in moving for this relief; and

C. such other and further relief this Court deems just and proper be granted.

Respectfully submitted,

**THE PELS LAW FIRM**

Dated: March 14, 2019

/s/ Jon D. Pels
Jon D. Pels, Esq., MD Bar #11883
jpels@pelslaw.com

/s/ Alvaro A. Llosa
Alvaro A. Llosa, Esq., MD Bar #19334
allosa@pelslaw.com
4845 Rugby Avenue,
Third Floor
Bethesda, MD 20814
(301) 986-5570 (T)
(301) 986-5571 (F)
*Counsel for Debtor*

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 20814

\*\*\*

8500 Leesburg Pike
Suite 400
Vienna, VA 22010

\*\*\*

(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>March 14, 2019</u>, I reviewed the Court's CM/ECF system and it reports that an electronic copy of Defendant's Motion to Exclude and For Default was served electronically by the Court's CM/ECF system on the following:

Fitzgerald Lewis
Law Office of Lewis and Associates
6066 Leesburg Pike
Fourth Floor
Falls Church, VA 22041
flewis@lewisatlaw.com

Robert Lee Vaughn, Jr.
O'Connor & Vaughn LLC
11490 Commerce Park Drive
Suite 510
Reston, VA 20191
rvaughn@oconnorandvaughn.com

/s/ Jon D. Pels
Jon D. Pels, Esq., MD Bar #11883

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 20814

***
8500 Leesburg Pike
Suite 400
Vienna, VA 22010

***
(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com