IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | |
|---|---|
| In re:<br><br>NAHID AHMADPOUR,<br><br>Debtor | Case No.: 18-11248<br><br>Chapter 7 |
| NATIONWIDE REGISTRY & SECURITY LTD<br><br>       Plaintiff,<br><br>    v.<br><br>NAHID AHMADPOUR,<br><br>       Defendant. | Adversary No.: 18-00039 |

**LINE**

**Madam Clerk**: Pursuant to the deficiency notice, ECF No. 90, please find attached a corrected proposed order, related to ECF No. 89 Defendant's Motion for Default Judgment.

                                              Respectfully submitted,

                                              THE PELS LAW FIRM

Dated: March 15, 2019                     /s/ Jon D. Pels
                                              Jon D. Pels, Esq., MD Bar #11883
                                              jpels@pelslaw.com

                                              /s/ Alvaro A. Llosa
                                              Alvaro A. Llosa, Esq., MD Bar #19334
                                              allosa@pelslaw.com

                                              4845 Rugby Avenue,
                                              Third Floor
                                              Bethesda, MD 20814

(301) 986-5570 (T)<br>
(301) 986-5571 (F)<br>
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on <u>March 15, 2019</u>, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the preceding Line was served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| Fitzgerald Lewis | Robert Lee Vaughn, Jr. |
| Law Office of Lewis and Associates | O'Connor & Vaughn LLC |
| 6066 Leesburg Pike | 11490 Commerce Park Drive |
| Fourth Floor | Suite 510 |
| Falls Church, VA 22041 | Reston, VA 20191 |
| flewis@lewisatlaw.com | rvaughn@oconnorandvaughn.com |

*/s/ Jon D. Pels*
Jon D. Pels, Esq., MD Bar #11883