## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **NAHID AHMADPOUR** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| | ) | **Case No. 18-11248** |
| _____ | ) | |
| | ) | |
| **NATIONWIDE REGISTRY** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **Adversary No.  18-00039** |
| | ) | |
| **NAHID AHMADPOUR** | ) | |
| | ) | |
| **Defendant** | ) | |

### RESPONSE TO MOTION TO EXCLUDE AND FOR DEFAULT

Nationwide Registry & Security Ltd. ("NRS"), by counsel, submits the following in response to the Motion to Exclude and for Default filed by the Defendant, Nahid Ahmadpour ("Ahmadpour").

Defendant once again is engaging upon a course of misstatement and unfounded accusations.

Defendant first attempts to assert that Plaintiff had some duty to turn over a "file related to the amount allegedly owed by Defendant." There was never any such document request, and thus there is no basis for the claim in the first instance. The relevant request, No. 1, is as follows:

> REQUEST NO. 1. A complete accounting of the alleged amount owed to you including payment(s) history.

In response, Plaintiff provided a complete accounting of what is owed. There is not now, nor has there ever been, any good faith dispute regarding the amounts paid to NRS. As Defendant and her counsel well know, and what counsel has stated from the inception: All amounts collected on the subject judgment have been obtained by and through Plaintiff's counsel.

1

Secondly, Defendant grossly misstates the testimony given by Mr. Ehrlich. Mr. Ehrlich did not say that he had a file related to the amount owed, what he stated is he has a file "which would have all of that stuff on there. It would be, probably, you know, on the cover of the file." Without in any way conceding that such information was ever requested by Defendant–it clearly was not–the cover of the NRS file does NOT have any information regarding payments made by Defendant. While counsel does not have any expectation that production of a document which Defendant never requested and which is not relevant to these proceedings will end the issue, nevertheless, copies of the covers for the files of NRS related to this matter are attached hereto as **Exhibits A and B**. There is no information whatsoever on those covers regarding payments.[1]

At the risk of opening up an avenue for even more accusations, Plaintiff further states that any communications in the file regarding payment are between NRS and its counsel, such communications being clearly and unequivocally attorney-client privileged. This is consistent with the situation as noted above, all amounts collected have been obtained by and through Plaintiff's counsel.

Defendant cites no legal basis whatsoever for the extraordinary relief that she requests. The reason is that there is no such basis. Defendant, who stands convicted of the crime of writing bad checks, the very checks out of which this debt arose, continues to make a mockery out of these judicial proceedings.

Plaintiff incurred 1.0 hour of legal time in responding to the subject Motion. Counsel bills at the rate of $375/hour. Accordingly, Plaintiff requests that Defendant be required to reimburse Plaintiff the sum of $375.

---

[1] In paragraph 4 of her Motion, Defendant infers that there is testimony on page 86 of the transcript in which NRS "confirms" that it has a file related to the "accountings." This is another inaccurate statement; page 86 is nothing more than defense counsel restating his position in the matter.

WHEREFORE, Nationwide Registry & Security Ltd., prays that the Motion to Exclude and

for Default be dismissed; that it be awarded its attorney's fees and costs incurred in responding to

the same; and for such other and further relief as to this Court seems just and proper.

**Nationwide Registry & Security Ltd.**
*By Counsel*

By   /s/ Robert L. Vaughn, Jr., *pro hac vice*
Robert L. Vaughn, Jr., Va Bar No. 10633
Fitzgerald Lewis, Md. Bar No. 16912
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
T (703) 689-2100; F (703) 471-6496
Email: rvaughn@oconnorandvaughn.com
*Counsel for NRS*

## Certificate of Service

I hereby certify that on the 19th day of March 2019, I reviewed the Court's CM/ECF system
and it reports that an electronic copy of the foregoing Response will be served electronically via the
Court's CM/ECF system on the following:

John D. Pels, Esq.
4845 Rugby Avenue, Third Floor
Bethesda, Maryland 20814
*Counsel for Debtor*

Kevin D. Judd, Esq.
601 Pennsylvania Ave., N.W.
Suite 900-South Bldg.
Washington, DC 20004
*Counsel for Debtor*

Laura J. Margulies, Trustee
6205 Executive Blvd.
Rockville, MD 20852

/s/ Robert L. Vaughn, Jr., *pro hac vice*
Robert L. Vaughn, Jr., Va Bar No. 10633
Fitzgerald Lewis, Md. Bar No. 16912
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
T (703) 689-2100; F (703) 471-6496
Email: rvaughn@oconnorandvaughn.com
*Counsel for NRS*

Ahmadpour, Nahid

Debtor's Name and Address

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Office f

Forwarder

Creditor's Name

Address

Amount of Claim $_____

Nature

Forwarder's Name

Address

Name of List

Date Received

| General Information, Suit, Calls Made, Promises, Etc. | Letters Written and Received |
|---|---|
| Date | Date |

## CASH ACCOUNT

| DATE | From | Folio | Amount Received | Amount Disbursed | Folio | DATE | To and for What |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

SUIT MEMORANDL

Court _____

Summons Issued _____

Returnable _____

Adjournments

_____

Trial

_____

Jugmt. $_____ Costs $.

Transcript Recorded

_____

Execution Issued _____

Returnable_____

Supplementary

_____

Final Disposition

EXHIBIT
A

**Ahmadpour, Nahid**

Debtor's Name and Address

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Office Number

Forwarder's Number

| Creditor's Name | Forwarder's Name | |
| --- | --- | --- |
| Address | Address | |
| Amount of Claim $ 60,000.00 | Name of List | Date Received |
| Nature | | |

| General Information, Suit, Calls Made, Promises, Etc. | Letters Written and Received |
| --- | --- |
| Date | Date |

## CASH ACCOUNT

| DATE | From | Folio | Amount Received | Amount Disbursed | Folio | DATE | To and for What |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |

**SUIT MEMORANDUM**

Court _____

Summons Issued _____

Returnable _____

Adjournments _____

Trial _____

Jugmt. $_____ Costs $_____

Transcript Recorded _____

Execution Issued _____

Returnable _____

Supplementary _____

Final Disposition _____

EXHIBIT
B
tabbies