B2550 (Form 2550 - Subpoena to Appear and Testify at a Hearing or Trial in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Nathan Fisher
on *(date)* 04/09/19 .

☒ I served the subpoena by delivering a copy to the named person as follows: _____
by personal service on Nathan Fisher
_____ on *(date)* 04/10/19 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date:  04/10/19

*Server's signature*

Max Molina  -  Process Server
*Printed name and title*

Served by Elite, LLC 1340 Old Chain Bridge Rd Suite 107
McLean, VA 22101 (703) 556-5656

*Server's address*

Additional information concerning attempted service, etc.:

1) Successful Attempt: Apr 10, 2019, 11:21 am EDT at 3977 Chain Bridge Rd #2, Fairfax, VA 22030 received by Nathan Fisher . Age: 45; Ethnicity: Caucasian; Gender: Male; Weight: 240; Height: 5'8"; Hair: Black; Eyes: Black.