_____   _____RETAIN

**Wendelin I. Lipp , U. S. BANKRUPTCY JUDGE**   Evidentiary Hrg: Y N
                                                Exhibits Filed: Y N

PROCEEDING MEMO - ADVERSARY PROCEEDING

Date: 04/24/2019 Time: 10:00

**CASE: 18-00039 Nationwide Registry & Security Ltd. v. Ahmadpour**

Related: 18-11248 Nahid Ahmadpour

Fitzgerald Lewis and Robert Lee Vaughn Jr. representing Nationwide
Registry & Security Ltd. (Plaintiff)

Jon Dennis Pels representing Nahid Ahmadpour (Defendant)

[16] Motion For Summary Judgment Filed by Nationwide
Registry & Security Ltd..

**FILED BY** : Nationwide Registry & Security Ltd. BY F Lewis R Vaughn

[17] Memorandum in Support Filed by Fitzgerald Lewis
on behalf of Nationwide Registry and Security, Ltd.
(related document(s) 16 Motion for Summary
Judgment filed by Plaintiff Nationwide Registry
& Security Ltd.). (Lewis, Fitzgerald) Modified on
7/16/2018 (Devine, Ellen).

**FILED BY** : Nationwide Registry & Security Ltd. BY F Lewis R Vaughn

[58] Supplemental Memorandum in Support Filed by Robert
Lee Vaughn Jr. (related document(s) 16 Motion
for Summary Judgment filed by Plaintiff Nationwide
Registry & Security Ltd.). (Vaughn, Robert) Modified
on 10/16/2018 (Devine, Ellen).

**FILED BY** : Nationwide Registry & Security Ltd. BY F Lewis R Vaughn

[88] Opposition on behalf of Nahid Ahmadpour Filed by
Jon Dennis Pels (related document(s) 3 Proposed
Order)

**FILED BY** : Nahid Ahmadpour BY J Pels

[93] Response on behalf of Nationwide Registry & Security
Ltd. Filed by Robert Lee Vaughn Jr. (related document(s)
88 Opposition filed by Defendant Nahid Ahmadpour).

SCHEDULE:

1. Discovery cutoff:_____  6. Pretrial memos/exhibits:_____

2. Dispositive motions:_____ 7. Trial times est:_____days____hrs

3. Status report due:_____ 8. Trial date:_____time:_____

4.Motions hrg. date:_____9.Expert witness & Rpts:_____

5.Final pretrial hrg:_____10.Reissue Summons:_____

DISPOSITION:

Granted____Denied____Withdrawn____Default____Consent____Under Adv.____

Adjourned / Continued to:_____atm. Notice: YES / NO

FINAL DISPOSITION:

_____Judgment for Plaintiff(s)_____

_____Judgment for Defendant(s)_____

_____Consent                    _____Withdrawn/ Dismissed/ Deny

Amount: $ _____       for want of Prosecution

                                 _____Day Settlement Order

_____Decision Reserved          _____Moot

_____Default / No Response      _____Soldiers and Sailors Affidavit Due

_____Show Cause Order           _____Other:_____

Adjourned / Continued to:_____at_____.m. Notice: YES / NO

Post Trial Memos Due: Plaintiff:_____Defendant:_____


DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] plaintiff's counsel   [ ] Court
    [ ] defendant's counsel   [ ] Other _____

NOTES: w/in 10 days
Mr. Vough to provide evidence that the St. Ct. Order by
Default was an evidenciary hearing
a supplement to atty's fees.
a provide what is owed at this time.
7 days for Debtor to object.
Once received, Ct. to set hearing to present oral ruling.