**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | **Chapter 7** |
| ) | **Case No. 18-11248** |
| ) | |
| **NATIONWIDE REGISTRY** ) | |
| ) | |
|    **Plaintiff** ) | |
| ) | |
| v. ) | **Adversary No. 18-00039** |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | |
|    **Defendant** ) | |

## WITNESS/EXHIBIT LIST

Nationwide Registry & Security Ltd. ("NRS"), by counsel, in accordance with the Scheduling Order entered by this Court on February 19, 2019, submits the following list of Witness and Exhibits.

**Witnesses:**

1. Alyn Ehrlich

2. Adam Kronfeld

3. Nahid Ahmadpour

4. Nathan Fisher

5. Laurie Salesses

6. Any witness identified by Defendant to which no objection is lodged, or to which any previously lodged objection is overruled and/or withdrawn

**Exhibits:**

A. Guilty Plea Agreement, inclusive of Amended Information

B. Default Judgment Order entered 1/17/08 by Fairfax Circuit Court

C. Memorandum Opinion and Order of VAEB entered 1/08/10

D. Transcript Excerpt 08/12/09

E. Order entered 10/18/10 by Fairfax Circuit Court

F. Order of VAEB entered 7/12/12

G. Order of VAEB entered 3/19/12

H. History of payments

I. Proof of Claim including computation of amount owed

J. Exhibits introduced by parties in Lift Stay proceedings in Case #11-16702

K. Complaint in Adversary Proceeding No. 12-01406

L. Order of 5/22/13 in Case No. 12-01406

M. Appraisal of John Murphy 10/27/2011

N. Appraisal of William Roth 10/18/2011

O. Any exhibits identified by Defendant to which no objection is lodged, or to which any previously lodged objection is overruled and/or withdrawn.

**Nationwide Registry & Security Ltd.**
*By Counsel*

By   /s/ Robert L. Vaughn, Jr., *pro hac vice*
Fitzgerald Lewis, Md. Bar No. 16912
Robert L. Vaughn, Jr., Va Bar No. 10633
The Law Offices of Lewis & Associates, P.C.
6066 Leesburg Pike
Fourth Floor
Falls Church, VA 22041
T - (703) 912-3100
F - (703) 425-6300
flewis@lewisatlaw.com
*Counsel for NRS*

**Certificate of Service**

      I hereby certify that on the 1st day of May, 2019, I reviewed the Court's CM/ECF system, and it reports that an electronic copy of the foregoing List of Witnesses and Exhibits will be served electronically by the Court's CM/ECF system on the following:

>John D. Pels, Esq.
>4845 Rugby Avenue, Third Floor
>Bethesda, Maryland 20814
>*Counsel for Debtor*
>
>Kevin D. Judd, Esq.
>601 Pennsylvania Ave., N.W.
>Suite 900-South Bldg.
>Washington, DC 20004
>*Counsel for Debtor*
>
>Laura J. Margulies, Trustee
>6205 Executive Blvd.
>Rockville, MD 20852

      I further certify that a copy of the foregoing List of Witnesses and Exhibits also was sent by the undersigned directly to Mr. Pels via email to jpels@pallaw.com this same date.

>/s/ Robert L. Vaughn, Jr., *pro hac vice*
>Fitzgerald Lewis, Md. Bar No. 16912
>Robert L. Vaughn, Jr., Va Bar No. 10633
>The Law Offices of Lewis & Associates, P.C.
>6066 Leesburg Pike
>Fourth Floor
>Falls Church, VA 22041
>T - (703) 912-3100
>F - (703) 425-6300
>flewis@lewisatlaw.com