# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18–11248 – WIL**   Chapter: **7**   Adversary No.: **18–00039**

**Nahid Ahmadpour**
Debtor

**Nationwide Registry & Security Ltd.**
Plaintiff

vs.

**Nahid Ahmadpour**
Defendant

# NOTICE

PLEASE TAKE NOTICE that a Show Cause Hearing will be held

at 6500 Cherrywood Lane, Courtroom 3–C, Greenbelt, MD 20770

on 6/17/19 at 10:30 AM

to consider and act upon the following:

107 – Order Requiring Attorney Robert Vaughn to Show Cause Why This Court Should Not Issue Sanctions for Misrepresenting to the Court Why He Failed to Have Local Counsel Present at Hearing Within (14) Fourteen days from the entry of order.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/7/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Sophia Ward
301–344–0585

Form ntchrgmdb (rev. 12/2003)