# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt)

| | |
|---|---|
| In re:<br><br>NAHID AHMADPOUR,<br><br>Debtor | Case No.:  18-11248<br><br>Chapter 7 |
| NATIONWIDE REGISTRY & SECURITY LTD<br><br>Plaintiff,<br><br>v.<br><br>NAHID AHMADPOUR,<br><br>Defendant. | Adversary No.:  18-00039 |

## **DEFENDANT'S OBJECTIONS TO PLAINTIFF'S SUPPLEMENTAL EXHIBITS**

Defendant Nahid Ahmadpour, by and through undersigned counsel, and pursuant to the Amended Scheduling Order (ECF No. 84) in this matter, incorporates by reference as if fully set forth herein Defendant's Objections to Plaintiff's First Set of Exhibits, ECF No. 68; and supplements it with the following additional Objections to the Plaintiff's Supplemental List of Witnesses and Exhibits (ECF No. 109) and as for the basis therewith states more specifically as set forth below.

## **PRELIMINARY OBJECTION TO ALL EXHIBITS**

Plaintiff failed to timely file a bound exhibit list in compliance with this courts scheduling order, ECF No. 11 and No. 84, and Rule 7016-1(c) "Pretrial Procedures" and as such each exhibit should be excluded.

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 20814

***
8500 Leesburg Pike
Suite 400
Vienna, VA 22010

***
(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

**SPECIFIC OBJECTIONS TO EACH EXHIBIT**

Exhibit M "Appraisal of John Murphy 10/27/2011" is objected to on lack of foundation, authenticity, and constitutes hearsay.

Exhibit N "Appraisal of William Roth 10/18/2011" is objected to on lack of foundation, authenticity, and constitutes hearsay.

Exhibit O identifies no specific exhibit and as such any additional exhibits must be excluded.

**WHEREFORE**, Debtor Ahmadpour respectfully requests that:

A. Creditor Nationwide Registry and Security LTD exhibits be excluded and their claims be dismissed against this Debtor; and

B. This Court grant such other and further relief this Court deems just and proper be granted

Respectfully submitted,

**THE PELS LAW FIRM**

Dated: May 15, 2019

/s/ Jon D. Pels
Jon D. Pels, Esq., MD Bar #11883
jpels@pelslaw.com

/s/ Alvaro A. Llosa
Alvaro A. Llosa, Esq., MD Bar #19334
allosa@pelslaw.com
4845 Rugby Avenue,
Third Floor
Bethesda, MD 20814
(301) 986-5570 (T)
(301) 986-5571 (F)
*Counsel for Debtor*

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 2014

***

8500 Leesburg Pike
Suite 400
Vienna, VA 22010

***

(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on <u>May 15, 2019</u>, I reviewed the Court's CM/ECF system and it reports that an electronic copy of Defendant's Objections to Plaintiff's Supplemental Exhibits was served electronically by the Court's CM/ECF system on the following:

| | |
|---|---|
| Fitzgerald Lewis | Robert Lee Vaughn, Jr. |
| Law Office of Lewis and Associates | O'Connor & Vaughn LLC |
| 6066 Leesburg Pike | 11490 Commerce Park Drive |
| Fourth Floor | Suite 510 |
| Falls Church, VA 22041 | Reston, VA 20191 |
| flewis@lewisatlaw.com | rvaughn@oconnorandvaughn.com |

                                      */s/ Jon D. Pels*
                                      Jon D. Pels, Esq., MD Bar #11883

THE PELS LAW FIRM LLC

4845 Rugby Ave
3rd Floor
Bethesda, MD 2014

\*\*\*
8500 Leesburg Pike
Suite 400
Vienna, VA 22010

\*\*\*
(T) 301-986-5570
(F) 301-986-5571

www.pelslaw.com
jpels@pelslaw.com