UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: ) | |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | **Chapter 7** |
| ) | **Case No. 18-11248** |
| ) | |
| **NATIONWIDE REGISTRY** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Adversary No. 18-00039 |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | |
| Defendant ) | |

**OBJECTIONS TO DEFENDANT'S EXHIBIT LIST AND
SUPPLEMENTAL EXHIBIT LIST**

Nationwide Registry & Security Ltd. ("NRS"), by counsel, in accordance with the Scheduling Order entered by this Court on June 25, 2018, submits the objections to Defendant, Nahid Ahmadpour's List of Exhibits.

1. Relevance, hearsay, authenticity, best evidence, opinion, argument

2. Relevance

3. Relevance

4. Relevance

5. Relevance, hearsay, opinion, authenticity, best evidence

8. Relevance

9. Relevance, authenticity

10. Relevance, authenticity

12. Relevance, hearsay, authenticity

13. Relevance, hearsay, authenticity

14. Relevance, hearsay, authenticity, best evidence, opinion, argument

15. Relevance, hearsay, opinion, argument

16. Relevance, authenticity

**Nationwide Registry & Security Ltd.**
*By Counsel*

By   /s/ Robert L. Vaughn, Jr., *pro hac vice*
Robert L. Vaughn, Jr., Va Bar No. 10633
Fitzgerald Lewis, Md. Bar No. 16912
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
T (703) 689-2100; F (703) 471-6496
Email: rvaughn@oconnorandvaughn.com
*Counsel for NRS*

## Certificate of Service

I hereby certify that on the 15th day of May, 2019, a copy of the foregoing Objections to Defendants List of Exhibits was served via the Court's CM/ECF system to:

John D. Pels, Esq.
4845 Rugby Avenue, Third Floor
Bethesda, Maryland 20814
*Counsel for Debtor*

Kevin D. Judd, Esq.
601 Pennsylvania Ave., N.W.
Suite 900-South Bldg.
Washington, DC 20004
*Counsel for Debtor*

Laura J. Margulies, Trustee
6205 Executive Blvd.
Rockville, MD 20852

/s/ Robert L. Vaughn, Jr., *pro hac vice*
Robert L. Vaughn, Jr., Va Bar No. 10633
Fitzgerald Lewis, Md. Bar No. 16912
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
T (703) 689-2100; F (703) 471-6496

Email: rvaughn@oconnorandvaughn.com
*Counsel for NRS*