

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In re: | * | Case No. 18-11248 |
| Nahid Ahmadpour | * | Chapter 7 |
| Debtor | * | |
| * * * * * * * * | | |
| Nationwide Registry & Security Ltd. | * | |
| Plaintiff | * | |
| vs. | * | Adversary No. 18-00039 |
| Nahid Ahmadpour | * | |
| Defendant | * | |

* * * * * * * * * * * * *

### ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT, FINAL PRE-TRIAL CONFERENCE, AND TRIAL DATE

On May 6, 2019, this Court held a hearing at which the parties informed the Court that the fraudulent transfer claims in the litigation presently pending in the Circuit Court of Fairfax County, Virginia (Case No. 2010-15001) (the "State Court Case") was set for a trial date of June 25, 2019. Upon review of recent pleadings in this case, the Court has determined that the State Court Case is likely to rule on issues that could have preclusive effect on the case pending before this Court. For that reason, this Court will continue all matters currently set for hearing on May 22, 2019, until the State Court Case has been resolved.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that a Status hearing on the parties' Motions for Summary Judgment will be continued to **August 5, 2019, at 10:00AM**; and it is further

**ORDERED**, that the Pre-Trial Conference and Trial Date will be continued to future dates as determined by the Court.

cc:    Plaintiff
       Plaintiff's Counsel
       Defendant
       Defendant's Counsel
       Chapter 7 Trustee
       U.S. Trustee

**END OF ORDER**