# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | **Chapter 7** |
| ) | **Case No. 18-11248** |
| ) | |
| **NATIONWIDE REGISTRY** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | **Adversary No. 18-00039** |
| ) | |
| **NAHID AHMADPOUR** ) | |
| ) | |
|     **Defendant** ) | |

## LINE

    PLEASE BE ADVISED that a copy of the proposed consent Order resolving the foregoing Adversary Proceeding has been sent to the Chapter 7 Trustee and the U.S. Trustee.

    **Nationwide Registry & Security Ltd.**
    *By Counsel*

By  /s/ Robert L. Vaughn, Jr., *pro hac vice*
Robert L. Vaughn, Jr., Va Bar No. 10633
Fitzgerald Lewis, Md. Bar No. 16912
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
T (703) 689-2100; F (703) 471-6496
Email: rvaughn@oconnorandvaughn.com
*Counsel for NRS*

## Certificate of Service

    I hereby certify that on the 9th day of August, 2019, a copy of the foregoing Line was served via the Court's CM/ECF system to:

1

        John D. Pels, Esq.
        4845 Rugby Avenue, Third Floor
        Bethesda, Maryland 20814
        *Counsel for Debtor*

        Kevin D. Judd, Esq.
        601 Pennsylvania Ave., N.W.
        Suite 900-South Bldg.
        Washington, DC 20004
        *Counsel for Debtor*

        Laura J. Margulies, Trustee
        6205 Executive Blvd.
        Rockville, MD 20852

and via Facsimile and First Class Mail, Postage Prepaid to:

        Office of the United States Trustee
        6305 Ivy Lane
        Suite 600
        Greenbelt, MD 20770
        Facsimile No. (301) 344-8431

        /s/ Robert L. Vaughn, Jr., *pro hac vice*___
        Robert L. Vaughn, Jr., Va Bar No. 10633
        Fitzgerald Lewis, Md. Bar No. 16912
        11490 Commerce Park Drive, Suite 510
        Reston, Virginia 20191
        T (703) 689-2100; F (703) 471-6496
        Email: rvaughn@oconnorandvaughn.com
        *Counsel for NRS*