

Wendelin I. Lipp
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **NAHID AHMADPOUR** | ) | |
| | ) | |
| | ) | **Chapter 7** |
| | ) | **Case No. 18-11248** |
| | ) | |
| | ) | |
| **NATIONWIDE REG. & SEC. LTD** | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | **Adversary No. 18-00039** |
| | ) | |
| **NAHID AHMADPOUR** | ) | |
| | ) | |
|    Defendant | ) | |

### CONSENT ORDER GRANTING PLAINTIFF'S OBJECTION TO DISCHARGEABILITY OF DEBT AND DISMISSING COUNT IV OF COMPLAINT

     THIS MATTER came on to be hard upon the Complaint Objecting to Dischargeability of a Debt and to Objection to Debtor's Discharge; and

     IT APPEARING TO THE COURT, as evidenced by the endorsement of counsel for the Debtor/Defendant and of counsel for the Plaintiff, that the parties are in agreement as to the relief requested; it is, therefore,

ORDERED that the judgment rendered in the Fairfax County Circuit Court in the matter of *Nationwide Registry & Security, Ltd. v. Nahid Ahmadpour,* (Case No. 2007-14478), in the principal sum of $80,000 with interest thereon at the rate of 18% per annum from October 10, 2005, until paid, and attorney's fees of $16,000, and the judgment rendered in the Fairfax County Circuit Court in the matter of *Nationwide Registry & Security, Ltd. v. Nahid Ahmadpour et al.,* (Case No. 200917377) for attorney's fees of $15,000, shall not be discharged or otherwise affected by any discharge which may be granted to the Debtor/Defendant in these proceedings pursuant to 11 USC §523(a)(2)(a) and (a)(6); and it is further,

ORDERED that Count IV of the subject Complaint Objecting to Debtor's Discharge is hereby dismissed.

**WE ASK FOR THIS:**

**O'CONNOR & VAUGHN, LLC**
Robert L. Vaughn, Jr., VSB #20633
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile
Email: rvaughn@oconnorandvaughn.com

By    /s/ Robert L. Vaughn, Jr.
        Robert L. Vaughn, Jr.,
        *Counsel for NRS*

**LAW OFFICES OF LEWIS AND ASSOCIATES, P.C.**
Fitzgerald Lewis, Md. Bar No. 16912
6066 Leesburg Pike, Fouth Floor
Falls Church, VA 22041
(703) 912-3100 Telephone

By    /s/ Fitzgerald Lewis
        Fitzgerald Lewis
        *Co-Counsel for Plaintiff*

**SEEN AND AGREED:**

    /s/Jon D. Pels
Jon D. Pels, Esq.
The Pels Law Firm LLC
4845 Rugby Ave, 3rd FL
Bethesda, MD 20814
jpels@pelslaw.com
*Counsel for Defendant/Debtor*

## CERTIFICATION OF CONSENT

    I HEREBY CERTIFY that the terms of the copy of the consent Order submitted to the Court are identical to those set forth in the original consent Order; and the signatures represented by the /s/____ on this copy reference the signatures of consenting parties on the original consent order.

                                            /s/ Robert L. Vaughn, Jr.
                                              *Counsel for Plaintiff*

Copies to:

Kevin D. Judd, via CM/ECF
Michael G. Wolff, via CM/ECF
Fitzgerald Lewis, via CM/ECF
Robert L. Vaughn, Jr., via CM/ECF
Jon D. Pels, via CM/ECF
Alvaro A. Llosa via CM/ECF
Laura J. Margulies, Trustee via CM/ECF
Synchrony Bank c/o PRA Receivables Management via CM/ECF

**End of Order**